IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES TIGHE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Appellant,

v.

CASE NO. 1D14-1976

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed July 7, 2015.

An appeal from an order of the Circuit Court for Bay County.
Michael D. Miller, Judge.

Charles Tighe, pro se, Appellant.

Nancy A. Daniels, Public Defender, Steven L. Seliger, Assistant Public Defender,
Tallahassee, for Appellant;

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

THOMAS, WETHERELL, and RAY, JJ., CONCUR.